IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Albert Santarelli, *et al.*,<br>　　　　　Plaintiffs<br><br>v.<br><br><br>GC Services, LP,<br>　　　　　Defendant | Docket 3:09-cv-2091-TIV<br><br>(JUDGE THOMAS I. VANASKIE)<br><br><br><br><br>FILED ELECTRONICALLY |

**Notice of Settlement**

　　Defendant GC Services, LP has accepted Plaintiffs' written offer to settle this action. Consummation of the settlement agreement is expected to occur within sixty (60) days. Thereafter, Plaintiffs will dismiss this action with prejudice.

　　　　　　　　　　　　　　　　　　　　s/ Kenneth W. Pennington
　　　　　　　　　　　　　　　　　　　　Kenneth W. Pennington
　　　　　　　　　　　　　　　　　　　　Bar Number PA 68353
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　Sabatini Law Firm, LLC
　　　　　　　　　　　　　　　　　　　　216 N. Blakely Street
　　　　　　　　　　　　　　　　　　　　Dunmore, PA  18512
　　　　　　　　　　　　　　　　　　　　Phone (570) 341-9000
　　　　　　　　　　　　　　　　　　　　Facsimile (570) 504-2769
　　　　　　　　　　　　　　　　　　　　Email kpecf@bankruptcypa.com