IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT SANTARELLI, et al., | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | 3:09-cv-2091 |
| | : | |
| GC SERVICES, L.P., | : | JUDGE VANASKIE |
| | : | |
| Defendant | : | |

## ORDER FOR DISMISSAL

_____Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to

the right of either party, upon good cause shown within sixty (60) days, to reinstate the

action if settlement is not consummated.

s/ Thomas I. Vanaskie
Thomas I. Vanaskie
United States District Judge